**No. 54241.**—Simon Import Corp. *v.* United States, protests 154807–K and 154808–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 54242.**—Pan American Import-Export Co. *v.* United States, protest 156740–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal articles similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 13, 1950

**No. 54243.**—Austin Nichols & Co. et al. *v.* United States, protests 150706–K, etc. (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

APRIL 10, 1950

**No. 54244.**—SUIT 4620.—Seideman Products Co. *v.* United States.—■■■■■ ■■■■■■■■—C. D. 1161 affirmed February 2, 1950. C. A. D. 423.

APRIL 13, 1950

**No. 54245.**—SUIT 4629.—S. Nathan & Co., Inc. *v.* United States.—■■■■■ ■■■■■■■—C. D. 1171 reversed February 2, 1950. C. A. D. 426.